IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:06-cr-231-MHT |
| | ) |
| DARRYL LAMAR STOKES | ) |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE DELORES R. BOYD, UNITED STATES MAGISTRATE JUDGE:

    Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Darryl Lamar Stokes now in custody of Elmore Correctional Facility, Elmore, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on November 29, 2006, at 10:00 a.m.

    WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Elmore Correctional Facility, Elmore, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on November 29, 2006, at 10:00 a.m.

    Respectfully submitted this the 26th of October, 2006.

                            LEURA GARRETT CANARY
                            UNITED STATES ATTORNEY

                            /s/ Kent B. Brunson
                            KENT B. BRUNSON
                            Assistant United States Attorney
                            Post Office Box 197
                            Montgomery, Alabama 36101-0197
                            334.223.7280
                            334.223.7135 fax
                            kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06-cr-231-MHT |
| | ) |
| DARRYL LAMAR STOKES | ) |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed October 26, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Elmore Correctional Facility, Elmore, Alabama, commanding it to deliver Darryl Lamar Stokes to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on November 29, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of October, 2006.

_____
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE