IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
    v. ) CR. NO. 2:06-cr-231-MHT
)
DARRYL LAMAR STOKES )

ORDER

Upon consideration of the *Petition for Writ of Habeas Corpus Ad Prosequendum*, construed

as a motion for writ of habeas corpus ad prosequendum, filed October 26, 2006 (Doc. 4), and for

good cause shown, it is

**ORDERED** that the motion is **GRANTED**. The Clerk of this Court is hereby DIRECTED

to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Elmore Correctional

Facility, Elmore, Alabama, commanding it to deliver Darryl Lamar Stokes to any United States

Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said

prisoner before this court, to be held at Montgomery, Alabama, on November 29, 2006, at 10:00 am,

and to return the prisoner to said official when the court shall have finished with him.

DONE this the 30th day of October, 2006.


                                **/s/ Delores R. Boyd**
                                DELORES R. BOYD
                                UNITED STATES MAGISTRATE JUDGE