**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11/29/2006

DIGITAL RECORDING: 11:20-11:23 am
11:24-11:26

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 2:06cr231-MHT
DEFT. NAME: DARRYL LAMAR STOKES

USA: Brunson
ATTY: Kemp
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES   NAME: _____

- ☐ kars — Date of Arrest _____ or ☐ karsr40
- ☑ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☑ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☑ — Requests appointed Counsel  ☑ ORAL MOTION for Appointment of Counsel
- ☑ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- ☑ koappted — ORAL ORDER appointing Community Defender Organization ✓ - Notice to be filed.
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained _____
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐ — ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for _____
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☑ karr. — ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of NOT GUILTY entered.
- ☑ Set for 2-5-07 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
- DISCOVERY DISCLOSURES DATE: 11-30-06
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for _____
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed