COURTROOM DEPUTY MINUTES  DATE: DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDED: 1:31 – 1:32

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR231-MHT-CSC     **DEFENDANT NAME:** DARRYL L. STOKES

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. KENT BRUNSON | ATTY. JENNIFER HART |

---

√  **DISCOVERY STATUS:** Complete.

√  **PENDING MOTION STATUS:** None.

☑  **PLEA STATUS:** possible plea.

☑  **TRIAL STATUS:** Will take 1 day — if case goes to trial.

☐  **REMARKS:**