IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA     )
          )
   v          )      CRIMINAL ACTION NO.
          )      2:06cr231-MHT
DARRYL LAMAR STOKES     )


ORDER

Upon the defendant's Notice of Intent to Change Plea (Doc. 14, filed January 23, 2007), it is

ORDERED that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **January 26, 2007, at 2:00 p.m.**, in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 24th day of January, 2007.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE