IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr231-MHT |
| **DARRYL LAMAR STOKES** | ) | |

## ORDER

It is ORDERED that the motion to add publication dates to record (Doc. No. 27) is granted.

DONE, this the 1st day of June, 2007.

                   /s/ Myron H. Thompson
             UNITED STATES DISTRICT JUDGE