```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr231-MHT |
| | ) | |
| DARRYL LAMAR STOKES | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on March 2, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Darryl Lamar Stokes to forfeit the following firearm:

> One Llama, Model I-Max .45 caliber pistol, serial number 07-04-00878-98;

The United States published notice of this forfeiture in the <u>Montgomery Independent</u> newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

No timely petition has been filed; and

The Court finds that defendant Darryl Lamar Stokes had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion for final order of forfeiture (doc. no. 29) is granted as follows:

1. The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One Llama, Model I-Max .45 caliber pistol, serial number 07-04-00878-98;

2. All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 9th day of July, 2007.

                                  /s/ Myron H. Thompson  
                                  UNITED STATES DISTRICT JUDGE